

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PARROTT & SONS GRADING, INC., a California corporation, <br><br> Defendant. | CASE NO.: SACV 09-00150 AG (RNBx) <br><br> ASSIGNED TO THE HONORABLE JUDGE ANDREW J. GUILFORD <br><br> [FED. R. CIV. PROC. 55(b)(2)] <br><br> **JUDGMENT** <br><br> Hearing Date <br><br> Date: August 17, 2009 <br> Time: 10:00 a.m. <br> Courtroom: 10D |

Plaintiffs' motion for default judgment came on regularly for hearing on August 17, 2009, in the above-referenced Court, the Honorable Andrew J. Guilford, United States District Judge, presiding. Jacqueline L. Norlin of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs. All appearances were stated on the record.

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Parrott & Sons Grading, Inc., a California corporation, the principal amount of $9,584.87, attorney's fees of $6,110.00 and costs of $1,025.80, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: SEPTEMBER 14, 2009

UNITED STATES DISTRICT JUDGE
ANDREW J. GUILFORD

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On April 17, 2009, I served the foregoing document(s) described below:

**JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Parrott & Sons Grading, Inc.
42355 Fresz Road
Aguanaga, California 92536

**XXX** (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

___ (BY EMAIL) I caused a true and complete copy of the document described above to be emailed to the email address set forth above.

___ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

___ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

___ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on April 17, 2009, at Pasadena, California.

**XXX** (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

/s/ Gayle Martinez

209188.1

# Motions

8:09-cv-00150-AG-RNB Trustees of The Operating Engineers Pension Trust et al v. Parrott & Sons Grading Inc
(RNBx), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Norlin, Jacqueline on 7/17/2009 at 9:57 AM PDT and filed on 7/17/2009

**Case Name:** Trustees of The Operating Engineers Pension Trust et al v. Parrott & Sons Grading Inc
**Case Number:** 8:09-cv-150
**Filer:** Trustees of the Operating Engineers Health and Welfare Fund
Trustees of the Operating Engineers Training Trust
Trustees of The Operating Engineers Vacation-Holiday Savings Trust
Trustees of The Operating Engineers Pension Trust
**Document Number:** 10

**Docket Text:**
NOTICE OF MOTION AND MOTION for Default Judgment against Defendant Parrott & Sons Grading, Inc. filed by Plaintiff Trustees of The Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of The Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust. Motion set for hearing on 8/17/2009 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # (1) Proposed Judgment)(Norlin, Jacqueline)

**8:09-cv-150 Notice has been electronically mailed to:**

Jacqueline Leahy Norlin    norlin@luch.com

**8:09-cv-150 Notice has been delivered by First Class U. S. Mail or by fax to: :**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\SACV 09-00150 AG - Notice of Motion and Motion for Default Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/17/2009] [FileNumber=8121698-0]
[778b4eac7bbd5022ebe7d1922421cdccd945982a9dd64c7563358086584e78ce7538

3b5018d659957f1a7ec74296cefd55d661d058db1340972ec6351c59aa74]]
**Document description:** Proposed Judgment
**Original filename:** C:\fakepath\SACV 09-00150 AG - Proposed Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=7/17/2009] [FileNumber=8121698-1]
[42c71bdb7a93866fe1a278fe2d145e26255f6b67a918534987de871b76009567c0cf
89bf0eb2a644c1cf3b52ae07ccd2b6cebdbc3efa39863e5a95d17ca826e0]]